1 | Martha G. Bronitsky

Chapter 13 Standing Trustee

2 | 6140 Stoneridge Mall Rd #250

Pleasanton,CA 94588-4588

3 | (925) 621- 1900

4 | 13trustee@oak13.com

5 | Trustee for Debtor(s)

The following constitutes
the order of the court. Signed September 13, 2013

Roger L. Efremsky
U.S. Bankruptcy Judge

6

7

8

9

10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

11 | In Re

12 | Seginald B Chantrelle

Chapter 13 Case Number:
10-49015-RLE13

13 |                          Debtors(s)

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

14

15 | **ORDER OF DISMISSAL AFTER DEFAULT OF CHAPTER 13 PLAN PAYMENTS**

16 |    Upon consideration of the declaration dated September 05, 2013 of Martha G. Bronitsky, Chapter

17 | 13 Standing Trustee, filed with this Court attesting to the default of debtor(s) under the terms of the

18 | plan; upon the continuing default of the debtor. The Court being satisfied that the Chapter 13 Trustee

19 | served the debtor(s) and counsel for debtor(s) with a MOTION TO DISMISS CHAPTER 13 CASE

20 | FOR FAILURE TO MAKE PLAN PAYMENTS, and upon good cause shown.

21

22

23 |    IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any

24 | restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later

25 | date her Trustee's Final Report for approval by the Court.

26 |                          END OF ORDER

# COURT SERVICE LIST

Seginald B Chantrelle
28175 Fox Hollow Drive
Hayward, CA 94542

Robert A Ward Atty
1305 Franklin St #301
Oakland, CA 94612

(Debtor)

(Counsel for Debtor)

American Express
10040 North 25Th Avenue Suite 200
Phoenix, AZ 85021

American Express
P.O Box 0001
Los Angeles, CA

Becket And Lee Llp
Po Box 3001
Malvern, PA 19355-0701

Best Buy/Hsbc Retail Services
Po Box 60148
City Of Industry, CA 91716-0148

Capital One C/O Bass And Associates
3936 E Ft Lowell Rd #200
Tucson, AZ 85712

Citibank
Po Box 91600
Albuquerque, NM 87199

Credit First National Assoc
Po Box 81315
Cleveland, OH 44181

Diners Club
P.O Box 6003
The Lakes, NV 88901

East Bay Funding C/O Resurgent Capital Svc
Po Box 288
Greenville, SC 29603

Ecast Settlement Corp
Po Box 29262
New York, NY 10087

Franchise Tax Board
Po Box 2952
Sacramento, CA 95812-2952

Mercedes-Benz Credit Corp
C/O Shermeta Adams And Von Allmen, Pc
Po Box 80908
Rochester Hills, MI 48308-0908

Midland Funding Llc
By American Infosource Lp As Agent
Po Box 4457
Houston, TX 77210-4457

Nordstrom Fsb
Po Box 6566
Englewood, CO 80155-6566

Nordstrom Fsb
Pob 6566
Englewood, CO 80155

Ocwen Loan Servicing Llc
Po Box 24781  Cashiering Dept
West Palm Beach, FL 33416-4781

Pnc Bank
Po Box 94982
Cleveland, OH 44101

Porsche Financial Service
5740 Cushing Parkway
Fremont, CA 94538

Pra Receivables Management
Portfolio Recovery Associates
Po Box 12914
Norfolk, VA 23541

Pra Receivables Management
Portfolio Recovery Assocs
Po Box 41067
Norfolk, VA 23541

Vanda Llc C/O Weinstein & Riley Ps
2001 Western Ave Ste 400
Seattle, WA 98121

Vanda Llc C/O Weinstein & Riley
Po Box 3978
Seattle, WA 98124

COURT SERVICE LIST

Vw Credit Inc .
P.O Box 7572
Libertyville, IL  60048

Vw Credit Inc
Po Box 829009
Dallas, TX  75382-9009

Vw Credit
1401 Franklin Blvd
Libertyville, IL  60048